## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: RHONDA JEAN ZINK      §    Case No. 17-81445
                             §
                             §
                             §
         Debtor(s)           §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT
### AMENDED

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 06/16/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 08/11/2017.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,082.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 0.00 |
| Less amount refunded to debtor(s) | $ 0.00 |
| **NET RECEIPTS** | $ 0.00 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 0.00 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 0.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Sec | 0.00 | 8,273.72 | 0.00 | 0.00 | 0.00 |
| COMMUNITY STATE BANK | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP1/BERGN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA N.A. | Uns | 712.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA N.A. | Uns | 1,113.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,627.00 | 1,439.88 | 1,439.88 | 0.00 | 0.00 |
| CGH MEDICAL CENTER | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD | Uns | 1,705.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK N.A. | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 368.00 | NA | NA | 0.00 | 0.00 |
| EMERSON ROYER | Uns | 2,253.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 368.00 | NA | NA | 0.00 | 0.00 |
| KOHLS/CAPONE | Uns | 877.00 | NA | NA | 0.00 | 0.00 |
| KSB MEDICAL GROUP | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| MERTES & MERTES | Uns | 551.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL | Uns | 10,000.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCT MGMT | Uns | 6,720.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SYNCB/CARE CREDIT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/JCP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/WALMART | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Uns | 473.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Uns | 513.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/DFS | Uns | 1,682.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 2,450.00 | 2,538.12 | 2,538.12 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 669.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 1,610.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 3,978.00 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)